**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6705**

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

FRED DANIEL WILLIAMS,

            Defendant – Appellant.

Appeal from the United States District Court for the Middle
District of North Carolina, at Greensboro.  N. Carlton Tilley,
Jr., Senior District Judge.  (1:03-cr-00023-NCT-1)

Submitted:  June 12, 2009          Decided:  June 29, 2009

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Thomas Norman Cochran, Assistant Federal Public Defender,
Greensboro, North Carolina, for Appellant.  Sandra Jane
Hairston, Angela Hewlett Miller, Assistant United States
Attorneys, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fred Daniel Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Williams, No. 1:03-cr-00023-NCT-1 (M.D.N.C. April 14, 2009). We deny the motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED